

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:10-CR-00244 |
| | ) | |
| v. | ) | (Chief Judge Kane) |
| | ) | |
| EMMANUEL EKHATOR AND | ) | |
| YVETTE MATHURIN | ) | |

## MOTION TO UNSEAL

AND NOW, the United States of America, by its undersigned counsel, moves to unseal the Indictment and Arrest Warrants in this case and in support thereof states as follows: At the request of the United States, the Indictment and Arrests Warrants in this case were previously sealed, except for limited purposes, by Order of this Court pursuant to Rule 6 of the Federal Rules of Criminal Procedure. It appears that it is not necessary for the documents to remain sealed. Therefore, the United States hereby requests that the case be unsealed.

Respectfully submitted,

PETER J. SMITH
United States Attorney

BY: s/Christy H. Fawcett
CHRISTY H. FAWCETT
Assistant U.S. Attorney

## ORDER

SO ORDERED this ____ day of _____, 2010.

_____
YVETTE KANE, Chief Judge
United States District Court