IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    CRIMINAL NO. 1:10-CR-244
                            :
        v.                  :    (Chief Judge Kane)
                            :
                            :
                            :                    **FILED**
EMMANUEL EKHATOR,           :              HARRISBURG, PA
YVETTE MATHURIN,            :
EZEH MATTHEW OKECHUKWU,     :              NOV 0 3 2010
KINGSLEY OSAGIE,            :
NICHOLAS JONAH UANGBAOJE, and :          MARY E. D'ANDREA, CLERK
MAXWELL NOSA OMORERE        :            Per _____

SUPERSEDING INDICTMENT
COUNT 1
(Criminal Conspiracy to Commit
Mail Fraud and Wire Fraud)

THE GRAND JURY CHARGES THAT:

    A.   Background

Beginning at a time unknown to the Grand Jury and continuing

through the present the defendants, **EMMANUEL EKHATOR, YVETTE**

**MATHURIN, EZEH MATTHEW OKECHUKWU, KINGSLEY OSAGIE, NICHOLAS JONAH**

**UANGBAOJE,** and **MAXWELL NOSA OMORERE,** conspired with each other

and with co-conspirators known and unknown to the Grand Jury, to

engage in a "collection" scam targeting law firms in the United

States and Canada and involving the use of counterfeit checks.

    (1)   The defendant **EMMANUEL EKHATOR** is a citizen of Nigeria

who previously sought refugee status in Canada and who is

currently in custody in Nigeria.

    (2)   The defendant **YVETTE MATHURIN** resides in Ontario,

Canada.

(3)   The defendant **EZEH MATTHEW OKECHUKWU** is a citizen of Nigeria who is believed to be residing in Korea.

(4)   The defendants **KINGSLEY OSAGIE, NICHOLAS JONAH UANGBAOJE,** and **MAXWELL NOSA OMORERE** are citizens of Nigeria and are believed to be residing in Nigeria.

(5)   As used in this Superseding Indictment, the term "collection" scam  involves the following:

(a)   A co-conspirator contacts a law firm, usually via e-mail, and claims to be a foreign citizen or a representative of a foreign company.

(b)   The co-conspirator represents that he is attempting to collect funds from a North American individual or entity owing monies from a transaction such as a real estate transaction, a divorce settlement, or a tort settlement.

(c)   The co-conspirator represents that he is seeking legal representation from the victim law firm to collect the monies.

(d)   After agreeing to provide legal representation, the victim law firm is contacted by another co-conspirator  posing as a representative of the entity purportedly owing the monies.  This individual agrees to make payment on the monies owed.

(e)   A co-conspirator purporting to be a representative of the entity owing the monies then mails a check that appears to be legitimate to the victim law firm via Canada Post, U.S. Mail, or a private courier such as FedEx or UPS.

2

(f)   The information on the check was stolen from legitimate companies, with the amount, payee name, and phone number altered.

(g)   If a victim law firm contacts the fraudulent phone number printed on the check, a co-conspirator answers the call and fraudulently verifies the amount of the check and its validity.

(h)   The victim law firm deposits the check into a trust account and waits until it appears the check has cleared.

(i)   Following instructions from the initial co-conspirator, the victim law firm then wires funds to a bank account, usually located in Asia.

(j)   Typically, the fraud is detected when the check is returned because it is counterfeit.

(6)   As used in this Superseding Indictment, the term "catcher" refers to an individual who contacts the victim lawyer or law firm and initiates the purported attorney/client relationship.

(7)   As used in this Superseding Indictment, the term "runner" refers to an individual who coordinates bank accounts and obtains checks from the individuals who create the counterfeit checks.

**B.   The Conspiracy and Its Objects**

(8)   Beginning at a time unknown to the Grand Jury and continuing through approximately August 26, 2010, within the Middle District of Pennsylvania; the Commonwealth of Massachusetts; the States of Alabama and Georgia; the provinces of Ontario and Quebec, Canada; the countries of Nigeria, the

3

United Kingdom, South Korea, Japan, China, Singapore, and other districts and countries the defendants, **EMMANUEL EKHATOR, YVETTE MATHURIN, EZEH MATTHEW OKECHUKWU, KINGSLEY OSAGIE, NICHOLAS JONAH UANGBAOJE,** and **MAXWELL NOSA OMORERE**, knowingly and willfully conspired and agreed with each other and with others known and unknown to the Grand Jury, to commit various offenses against the United States; that is:

(a)  to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises through the use of the United States mail and private couriers, in violation of Title 18, United States Code, Section 1341, mail fraud; and

(b)  to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, to transmit and cause to be transmitted by means of wire, radio and television communications in interstate and foreign commerce, writings, signals, pictures and sounds in violation of Title 18, United States Code, Section 1343, wire fraud.

**C.   Manner and Means of the Conspiracy and Scheme and Artifice to Defraud**

(9)  It was part of this conspiracy and scheme and artifice to defraud that the defendants, **EMMANUEL EKHATOR, YVETTE**

4

**MATHURIN, EZEH MATTHEW OKECHUKWU, KINGSLEY OSAGIE, NICHOLAS JONAH UANGBAOJE, AND MAXWELL NOSA OMORERE,** and others known and unknown to the Grand Jury agreed to obtain money and property; to wit, more than $32 million in actual loss from over 80 victim lawyers and law firms and more than $100 million in attempted loss from approximately 300 additional victim lawyers and law firms, through a "collection" scheme as described herein.

(10) The role of **EMMANUEL EKHATOR** in this scheme included, but was not limited to, transmitting information, usually via e-mail, between "catchers" and "runners"; providing information to make counterfeit checks and sending checks to victims; receiving notification that a counterfeit check had been sent to a victim and relaying the same to a "catcher"; and receiving information concerning the bank where funds from the counterfeit check were to be deposited and relaying this information to victims.

(11) The role of **YVETTE MATHURIN** in this scheme included, but was not limited to, purporting to be a bank employee and falsely validating the amount of the check and its authenticity when a victim law firm called the fraudulent telephone number listed on the counterfeit check.

(12) The role of **EZEH MATTHEW OKECHUKWU** in this scheme included, but was not limited to, maintaining bank accounts in Korea used to receive the proceeds of fraud; providing bank accounts to be used to receive proceeds of fraud to co-

conspirators; and notifying co-conspirators when proceeds arrived in the accounts.

(13)  The role of **KINGSLEY OSAGIE** in this scheme included, but was not limited to, receiving account information from co-conspirators to be used to receive fraud proceeds; receiving documentation from co-conspirators to be used to launder proceeds of the fraud; providing documentation to individuals in foreign countries needed to facilitate the transfer of fraud proceeds; concealing the proceeds to appear that they were legitimate payments; and notifying co-conspirators that funds had been wired into the foreign bank accounts.

(14)  The role of **MAXWELL NOSA OMORERE** in this scheme included, but was not limited to, receiving account information from co-conspirators to be used to receive fraud proceeds; relaying this account information to co-conspirators; receiving documentation from co-conspirators to be used to launder fraud proceeds; receiving wire information from co-conspirators; notifying co-conspirators that funds had been wired into the foreign bank accounts; providing co-conspirators the wording to be used in fraud letters; and providing co-conspirators victim information.

(15)  The role of **NICHOLAS JONAH UANGBAOJE** in this scheme included, but was not limited to, providing documentation to co-conspirators used to receive proceeds of the scheme; providing

6

verification of deposits into accounts used to receive fraud
proceeds; providing co-conspirators verification of wire
transfers of fraud proceeds; and directing the activities of co-
conspirator **MAXWELL NOSA OMORERE.**

####     D.   Overt Acts

The preceding paragraphs of this Superseding Indictment are
incorporated into this section of the Superseding Indictment as
if fully set out herein.

### *VICTIM GAN TRANSACTIONS*

(16) In August, 2008, a co-conspirator contacted Attorney
Richard Gan, Carlisle, Pennsylvania, via e-mail, and solicited
legal representation, claiming that he worked for a Taiwanese
company that was purportedly owed money by A&H Enterprises.

(17)  On August 4, 2008, **MAXWELL NOSA OMORERE** sent an e-mail
to **EMMANUEL EKHATOR** titled "AZA FROM NICK." AZA, as used in this
Superseding Indictment, is a slang term for an account used to
receive fraud funds. The e-mail included  account information for
account 650-006463-244 at the Korea Exchange Bank.

(18) On August 7, 2008, a co-conspirator mailed via UPS a
counterfeit Citibank check for $297,900 purportedly drawn on an
A&H Enterprises account, from Canada to Gan, which check Gan
deposited on August 11, 2008.

(19) On August 11, 2008 **EMMANUEL EKHATOR** sent an e-mail to
suspected catcher trimarxinvestment@yahoo.ca with account

information for account 650-006463-244 at the Korea Exchange Bank.

(20) On August 13, 2008, upon instructions from a co-conspirator, Gan wired $244,278 to account 650-006463-244 at the Korea Exchange Bank.

(21)   On August 15, 2008, **MAXWELL NOSA OMORERE** e-mailed **EMMANUEL EKHATOR** telling him to discontinue use of account 650-006463-244 at the Korea Exchange Bank.

### *VICTIM WALLACE, JORDAN, RATCLIFF AND BRANDT LLC TRANSACTIONS*

(22)   On January 1, 2009, **MAXWELL NOSA OMORERE** e-mailed **EMMANUEL EKHATOR** with account information for six banks in Asia including account 650-006098-977 at the Korea Exchange Bank.

(23) On February 16, 2009, Michael Jackson of the law firm of Wallace, Jordan, Ratcliff and Brandt LLC, 800 Shades Creek Parkway, Suite 400, Birmingham, Alabama, received an e-mail from a co-conspirator claiming to an officer of Nissen Company Limited and requesting representation in debt collection from clients in North America.  The firm agreed to represent the purported client.

(24) The victim law firm then received an e-mail from a co-conspirator claiming to be a representative of a firm that owed Nissen Company $970,000.  The co-conspirator stated that an official check for $236,710 for the first installment on the debt had been sent.

(25) On February 24, 2009, **EMMANUEL EKHATOR** received an e-mail from a co-conspirator identifying the victim law firm as a potential target, which e-mail specified the $970,000 figure.

(26) On February 25, 2009, the victim law firm received a counterfeit Citibank check for $236,710 and instructions to wire $180,937.70 to Korea Exchange Bank account 650-006098-977.

(27) On February 26, 2009, **EMMANUEL EKHATOR** sent an e-mail to **YVETTE MATHURIN** listing the amount of the check sent to the victim law firm and the last four digits of the check number.

(28) An employee of the victim law firm called the phone number printed on the check and spoke with a woman believed to be **YVETTE MATHURIN** who stated the check was valid.

(29) The victim law firm then deposited the check into its trust account and wired $180,937.70 to Korea Exchange Bank account 650 006098 977.

(30) On February 28, 2009, **EMMANUEL EKHATOR** e-mailed **MAXWELL NOSA OMORERE** with wire transfer information from the victim law firm.

(31)  On May 5, 2009, **MAXWELL NOSA OMORERE** e-mailed **EMMANUEL EKHATOR** and other co-conspirators telling them to discontinue use of account 650 006098 977 at the Korea Exchange Bank.

### *VICTIM MCBETH TRANSACTIONS*

(32)   On November 23, 2009, **EMMANUEL EKHATOR** sent an e-mail to a counterfeiter with information to be placed on counterfeit checks.

(33)   On December 6, 2009, **EMMANUEL EKHATOR** received an e-mail from a suspected "catcher" providing information for account 050312929 A B N AMRO Bank, Singapore.

(34)   In December, 2009, a co-conspirator e-mailed Attorney Anthony T. McBeth, Harrisburg, Pennsylvania, and stated that he needed legal counsel to obtain $350,000 from JOM Freight, York, Pennsylvania.

(35)   On or about January 12, 2010, a co-conspirator caused a counterfeit Citibank check, purportedly drawn on a JOM Freight account, to be mailed to McBeth, via DHL, from Toronto, Canada, to Harrisburg.   The check contained the phone and account numbers contained in the e-mail from **EMANUEL EKHATOR** referenced above.

(36)   Thereafter, upon instructions from a co-conspirator, McBeth wired $270,000 to account 05012928 at A B N AMRO Bank, Singapore.   This is the account that was the subject of the December 6, 2009, e-mail to **EMMANUEL EKHATOR** referenced above.

(37)   On March 20, 2010, **EMMANUEL EKHATOR** sent an e-mail to a "catcher" providing information for the same account.

### VICTIM GOLDENZIEL TRANSACTIONS

(38) On January 27, 2010, a co-conspirator e-mailed Attorney Gene Goldenziel, Scranton, Pennsylvania, and represented that he needed legal counsel to obtain $400,000 from JOM Freight, York, Pennsylvania.

(39) On February 5, 2010, **EMMANUEL EKHATOR** sent an e-mail to an account controlled by a suspected counterfeiter containing the wording of the letter that was mailed to **GOLDENZIEL** with the counterfeit check.

(40) A co-conspirator caused a counterfeit check, purportedly drawn on a JOM Freight account, and a letter to be mailed to Goldenziel, which documents were received on February 9, 2010.

(41) On that same date, **EMMANUEL ECKHATOR** sent an e-mail to a suspected counterfeiter containing the information, including the payee name, account, and routing number, that was contained on the counterfeit check received by Goldenziel.

(42) On February 8, 2010, a suspected counterfeiter sent an e-mail to **EMMANUEL ECKHATOR** reporting that he had sent the check and providing the U.S. Mail Tracking Number.

### VICTIM ALPERN, MYERS, AND STUART TRANSACTIONS

(43)  On August 13, 2009, **KINGSLEY OSAGIE** sent an e-mail to **MAXWELL NOSA OMORERE** entitled "Fw. aza." containing account information for account 3631018 at Mitsubishi Tokyo UFJ Bank.

(44)  On August 20, 2009, **MAXWELL NOSA OMORERE** sent an e-mail entitled "ADDITIONAL ONE" to **EMMANUEL EKHATOR** containing this account information.

(45)  On September 15, 2009, victim law firm Alpern, Myers, Stuart, LLC sent $403,892.67 to account 3631018 at Mitsubishi Tokyo UFJ Bank.

(46)  On September 15, 2009, **MAXWELL NOSA OMORERE** sent an e-mail to **KINGSLEY OSAGIE** containing a copy of the wire slip documenting this transaction.

*TRANSACTIONS INVOLVING CEE INVESTMENTS, KOREA, ACCOUNTS*

(47)  On July 24, 2009, **MAXWELL NOSA OMORERE** sent an e-mail entitled "MASTER KOREA AZA IS BACK PLEASE PROCEED" and providing information for CEE INVESTMENT KOREA ACCOUNT 00446809100428 at KOOKMIN BANK to **EMMANUEL EKHATOR.**

(48)  On July 24, 2009, victim law firm Ned Cohn wired $380,550 to CEE INVESTMENT KOREA ACCOUNT 00446809100428 at KOOKMIN BANK after being victimized in the scam.

(49)  On October 27, 2009, **EZEH MATTHEW OKECHUKWU** sent an e-mail to **MAXWELL NOSA OMORERE** with the header "aza from Joshua" and containing the information for CEE INVESTMENT KOREA ACCOUNT 00446809100428 at KOOKMIN BANK.

(50)  On January 1, 2010, **KINGSLEY OSAGIE** sent an e-mail to iceman9742@yahoo.com entitled "The aza" and containing information for CEE INVESTMENT KOREA ACCOUNT 180005092472.  This

is an account that Korean authorities have identified as being in the name of **EZEH MATTHEW OKECHUKWU.**

(51)  On January 1, 2010 **KINGSLEY OSAGIE** sent an e-mail to **MAXWELL NOSA OMORERE** containing the information for CEE INVESTMENT KOREA ACCOUNT 180005092472.

(52) On March 1, 2010, **EZEH MATTHEW OKECHUKWU** sent an e-mail to **MAXWELL NOSA OMORERE** entitled  "aza from Joshua" and containing the information for CEE INVESTMENT KOREA ACCOUNT 180005092472 at Shinhan Bank, Korea.

(53)  On May 19, 2010, **KINGSLEY OSAGIE** sent an e-mail to iceman9742@yahoo.com containing information for CEE INVESTMENT KOREA ACCOUNT 180005092472.

(54)  On June 8, 2010 **EZEH MATTHEW OKECHUKWU** sent an e-mail to an unknown co-conspirator with the header "aza that was sent to iceman" containing the information for CEE INVESTMENT KOREA ACCOUNT 180005092472 at Shinhan Bank, Korea.  Iceman is believed to be an unknown co-conspirator using e-mail address iceman9742@yahoo.com.

(55) On August 30, 2010 victim Richard Schmizzi of Greensburg, Pennsylvania, wired $241,000.00 to CEE INVESTMENT KOREA ACCOUNT 180005092472 at Shinhan Bank, Korea.

All in violation of Title 18, United States Code, Section 371.

COUNTS 2-6
(Mail Fraud)

**THE GRAND JURY FURTHER CHARGES THAT:**

(1)   The allegations contained within Count 1 of this Superseding Indictment are incorporated in Counts 2 through 6 as if fully set forth herein.

(2)   In furtherance of the scheme and artifice to defraud described in Count 1 of this Superseding Indictment, on or about the dates set forth below, in the Middle District of Pennsylvania and elsewhere, the defendants, **EMMANUEL ECKHATOR, YVETTE MATHURIN, EZEH MATTHEW OKECHUKWU, KINGSLEY OSAGIE, NICHOLAS JONAH UANGBAOJE,** and **MAXWELL NOSA OMORERE**, aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly cause any matter or thing to be sent, delivered and moved by the United States Postal Service, private and interstate carriers, to and from the addresses set forth below, according to the direction thereon:

| COUNT | DATE | MAILING | FROM | TO | CONTENTS |
|---|---|---|---|---|---|
| 2 | 08/07/08 | UPS Package Tracking #1Z23RW836634574376 | Brampton, Ontario, Canada | Gan Law Group Carlisle, PA | $297,900.00 counterfeit check |
| 3 | 02/25/09 | FedEx Package Unknown Tracking | Unknown | Wallace, Jordan, Ratcliff and Brandt Birmingham, AL | $236,710.00 counterfeit check |

| 4 | 03/02/09 | FedEx Package Tracking #86689676767780 | Unknown | Wallace, Jordan, Ratcliff and Brandt Birmingham, AL | $289,750.00 counterfeit check |
| 5 | 01/12/10 | DHL Package Tracking #7397109764 | Toronto, Canada | Anthony McBeth, Harrisburg, PA | $350,000.00 counterfeit check |
| 6 | 02/08/10 | USPS Express Tracking #EH646090998US | Atlanta, GA | Gene Goldenziel, Scranton, PA | $400,000.00 counterfeit check |

All in violation of Title 18, United States Code, Section 1341 and Section 2.

<u>COUNTS 7-24</u>
(Wire Fraud)

**THE GRAND JURY FURTHER CHARGES THAT:**

(1)   The allegations contained within Count 1 of this Superseding Indictment are incorporated in Counts 7-24 as if fully set forth herein.

(2)   In furtherance of the scheme and artifice to defraud described in Count 1 of this Superseding Indictment, on or about the dates set forth below, in the Middle District of Pennsylvania; the Commonwealth of Massachusetts; the States of Alabama and Georgia; the provinces of Ontario and Quebec, Canada; the countries of Nigeria, the United Kingdom, South Korea, Japan, China, Singapore, and other districts and countries the defendants, in the Middle District of Pennsylvania and elsewhere, the defendants, **EMMANUEL EKHATOR, YVETTE MATHURIN, EZEH MATTHEW OKECHUKWU, KINGSLEY OSAGIE, NICHOLAS JONAH UANGBAOJE, MAXWELL NOSA OMORERE,** aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly transmit, cause to be transmitted and attempt to transmit, in interstate and foreign commerce, by means of wire communication, certain signs, signals and sounds; that is, telephone communications, facsimile communications, and e-mail from and between the Middle District of Pennsylvania and elsewhere and the Northern District of Alabama and elsewhere as set forth below:

| COUNT | DATE | FROM | TO | CONTENTS |
|---|---|---|---|---|
| 7 | 08/08/08 | wang@ mail- jyetai. com | ganlaw1@ embarqrnail. com Richard Gan, Carlisle, PA | Account information wire transfer |
| 8 | 08/13/08 | M&T Bank Carlisle, PA | Korea Exchange Bank South Korea | $244,278.00 wire transfer |
| 9 | 02/16/09 | Hirakutoshi o44@ yahoo.co. jp | mjackson@ wallace jordan.com | solicitation |
| 10 | Between 02/25/08 and 02/27/08 | Michael Jackson, Birmingham, AL | 1-800-399-9714 | check verification |
| 11 | 02/27/09 | First Commercial Bank, Birmingham, AL | Korea Exchange Bank South Korea | $180,937.70 wire |
| 12 | 01/05/10 | mcmchen9@gma il.com | atmlaw1@ verizon.net Anthony McBeth, Harrisburg, PA | solicitation |
| 13 | 01/20/10 | Anthony McBeth, Harrisburg, PA | 1-888-211-9789 | check verification |
| 14 | 01/20/10 | M&T Bank, Harrisburg, PA | ABN AMRO Bank Singapore | $275,000.00 wire |

| 15 | 01/27/10 | choi.minyong@yahoo.com | ngplaw@yahoo. com Gene Goldenziel Scranton, PA | solicitation |
|----|----------|-----------|-----------|-------------|
| 16 | 02/10/10 | Gene Goldenziel, Scranton, PA | 1-888-211-9789 | check verification |
| 17 | 08/04/2008 | Maxwell Nosa Omorere | Emmanuel Ekhator | "Aza from Nick" E-mail with Account Information for Account 650-006463-244 at Korea Exchange Bank (Gan) |
| 18 | 01/06/2009 | Maxwell Nosa Omorere | Emmanuel Ekhator | E-mail with Account Information for Account 650-006098-977 at Korea Exchange Bank (Wallace) |
| 19 | 07/24/2009 | Bank of America Somerville, NJ | Kookmin Bank Korea | $380,550.00 Wire (Cohn) |
| 20 | 08/13/2009 | Kingsle Osagie | Maxwell Nosa Omorere | E-mail with Account Information for Account 3631018 at Mitsubishi Tokyo Ufj Bank (Alpern) |
| 21 | 09/15/2009 | Maxwell Nosa Omorere | Kingsle Osagie | E-mail with Wire Slip from Alpern, Myers & Stuart LLC. |
| 22 | 10/27/2009 | Ezeh Matthew Okechukwu | Maxwell Nosa Omorere | E-mail with Account Information for Account 18000509272 at Korea Exchange Bank (Schmizzi) |
| 23 | 01/10/2010 | Kingsle Osagie | Maxwell Nosa Omorere | E-mail with Account Information for Account 18000509272 at Korea Exchange Bank (Schmizzi) |
| 24 | 08/30/2010 | Citizens Bank Greensburg, PA | Korea Exchange Bank Korea | Wire for $241,000.00 |

All in violation of Title 18, United States Code, Section 1343 and Section 2.

## COUNT 25
### (Criminal Conspiracy to Commit Money Laundering)

**THE GRAND JURY FURTHER CHARGES THAT:**

(1)   The allegations contained within Counts 1-24 of this Superseding Indictment are incorporated in Count 25 as if fully set forth herein.

Beginning at a time unknown to the Grand Jury and continuing through approximately August 26, 2010, within the Middle District of Pennsylvania; the Commonwealth of Massachusetts; the States of Alabama and Georgia; the provinces of Ontario and Quebec, Canada; the countries of Nigeria, the United Kingdom, South Korea, Japan, China, Singapore, and other districts and countries the defendants, within the Middle District of Pennsylvania; the Commonwealth of Massachusetts; the States of Alabama and Georgia; the provinces of Ontario and Quebec, Canada; the countries of Nigeria, the United Kingdom, South Korea, Japan, China, Singapore, and other districts and countries the defendants, **EMMANUEL EKHATOR, YVETTE MATHURIN, EZEH MATTHEW OKECHUKWU, KINGSLEY OSAGIE, NICHOLAS JONAH UANGBAOJE,** and **MAXWELL NOSA OMORERE,** and others known and unknown to the Grand Jury, knowing that the property involved in a financial transaction represented the proceeds of mail fraud and wire fraud did intentionally and knowingly unlawfully combine, conspire, and confederate and agree with each other and with others known and unknown to the Grand Jury, to

19

conduct or attempt to conduct a financial transaction involving the proceeds of the above described unlawful activity knowing that the financial transaction was designed in whole or in part to conceal or disguise the nature, location, source, ownership or control of the proceeds of the unlawful activity, and did an overt act in furtherance thereof, in violation of Title 18, United States Code, Section 1956 (B)(i).

All in violation of Title 18, United States Code, Section 1956 (h).

## FORFEITURE ALLEGATION

**THE GRAND JURY FURTHER CHARGES THAT:**

In committing the felony offenses charged in Counts 1 through 25 of the Superseding Indictment, which counts are re-alleged and incorporated by reference, the defendants, **EMMANUEL EKHATOR, YVETTE MATHURIN, NICHOLAS JONAH UANGBAOJE, EZEH MATTHEW OKECHUKWU, KINGSLEY OSAGIE and MAXWELL NOSA OMORERE,** derived the below described property which constituted or was derived from proceeds that the defendants **EMMANUEL EKHATOR, YVETTE MATHURIN, NICHOLAS JONAH UANGBAOJE, EZEH MATTHEW OKECHUKWU, KINGSLEY OSAGIE and MAXWELL NOSA OMORERE,** derived directly or indirectly as the result of the commission of such offenses, and the property listed below constitutes and is derived from property involved in the commission of such offenses, and constitutes substitute assets:

(a)  A money judgment in the amount of $31,481,674.

(b)  All funds on deposit in Account No. 0179001000131610 in the name NEU-VISION MULTI-PURPOSE INTEGRATED LTD at the INTERCONTINENTAL BANK, NIGERIA;

(c)  All funds on deposit in Account No. 0179001000131610 in the name NEU-VISION MULTI-PURPOSE INTEGRATED LTD at the INTERCONTINENTAL BANK, NIGERIA;

(d)  All funds on deposit in Account No. 0140472351 in the name NEU-VISION MULTI-PURPOSE INTEGRATED LTD at the PHB BANK, NIGERIA;

(e)  All funds on deposit in Account No. 0140472351 in the name NEU-VISION MULTI-PURPOSE INTEGRATED LTD at the PHB BANK, NIGERIA;

(f)    All funds on deposit in Account No. 611 370 4063 in the name NEU-VISION MULTIPURPOSE INTEGRATED at the ZENITH BANK, NIGERIA;

(g)    All funds on deposit in Account No. 177 000 5210 in the name NEU-VISION MULTIPURPOSE INTEGRATED at the SKYE BANK, NIGERIA;

(h)    All funds on deposit in Account No. 11710 20000 84 in the name NEU-VISION MULTIPURPOSE INTEGRATED at the PHB BANK, NIGERIA;

(i)    All funds on deposit in Account No. 1000--175088--250 in the name EMMANUEL & NKECHI EKHATOR at the FIRST CITY MONUMENT BANK (FCMB) NEW BENIN MARKET BRANCH, NIGERIA;

(j)    All funds on deposit in Account No.4970035805 in the name EMMANUEL EKHATOR at the PHB BANK, NIGERIA;

(k)    All funds on deposit in Account No. 01000131003221 in the name OSADEBAMWEN EMMANUEL EKHATOR at the UNITED BANK FOR AFRICA, NIGERIA;

(l)    All funds on deposit in Account No. 01400008640299in the name MRS. STELLA I. EKHATOR at the STANDARD TRUST AKPAPAVA ROAD BRANCH, BENIN CITY, NIGERIA;

(m)    All funds on deposit in Account No. 111 205 000 259 9 in the name STELLA I. EKHATOR at the FIRST BANK PLC, BENIN CITY NIGERIA;

(n)    All funds on deposit in Account No. 0811001006868 at the OCEANIC BANK INTERNATIONAL PLC, NIGERIA;

(o)    All funds on deposit in Account No. 138524-210 in the name EMMANUEL O EKHATOR at the HSBC BANK CANADA, 18-675 THE CHASE, MISSISSAUGA, ONTARIO L5M 5Y7CANADA;

(p)    All funds on deposit in Account No. 504 8277 in the name NKECHI EKHATOR at the ROYAL BANK OF CANADA, 25 MILVERTON DRIVE, MISSISSAUGA, ONTARIO L5R 3G2CANADA;

(q)    All funds on deposit in Account No. 082-165491-001 in the name NEU-VISION GLOBAL INC at the HSBC BANK CANADA, 18-675 THE CHASE, MISSISSAUGA, ONTARIO L5M 5Y7 CANADA;

(r)   All funds on deposit in Account No. 082-222673-005 in
      the name NEU-VISION GLOBAL INC at the HSBC BANK CANADA,
      18-675 THE CHASE, MISSISSAUGA, ONTARIO L5M 5Y7 CANADA;

(s)   House and real property located at:
      2308 MANOR HOUSE CT, MISSISSAUGA, ONTARIO L5M5Y3 CANADA;

(t)   2007 AUDI Q7
      VIN:  WA1AV74L87D004815
      ONTARIO REGISTRATION:  NK BABE

(u)   2006 BMW 650i
      VIN: WBAEK13426CN78111
      ONTARIO REGISTRATION: BLUES 01

If any of the above-described forfeitable property, as a result of
any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence

(b)   has been transferred or sold to, or deposited with, a
      third party;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be
      divided without difficulty;

it is the intent of the United States, pursuant to Title 21,
United States Code, Section 853(p), as incorporated by Title 18,
United States Code, Section 982(b)(1), to seek forfeiture of any
other property of the defendant up to the value of the forfeitable
property described in this forfeiture allegation.

By virtue of the commission of the offenses charged in Counts 1 through 3 of this Second Superseding Indictment by the defendants, **EMMANUEL EKHATOR, YVETTE MATHURIN, NICHOLAS JONAH UANGBAOJE, EZEH MATTHEW OKECHUKWU, KINGSLEY OSAGIE and MAXWELL NOSA OMORERE,** any and all right, title and interest the defendants may have had in the above-described property is vested in the United States and is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 981 (a)(1)(C) and Section 982 and Title 21, United States Code, Section 853.

In the event that any of the property involved in the offenses alleged in Counts 1 through 3 or traceable to such property, or any other property constituting or derived from proceeds of such offenses, as a result of any act or omission of any of the defendants:

(a)   cannot be located upon exercise of due diligence;

(b)   has been transferred, sold to, or deposited with a third party;

(c)   has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty,

24

the United States demands the forfeiture of other property of the defendants up to the value of the property listed above, pursuant to Title 21, United States Code, Section 853(p).



Peter J. Smith
PETER J. SMITH
United States Attorney

Dated: 11-3-2010