IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

Emmanuel Ekhator

DEFENDANT(S)

Criminal Action No. 10-CR-00244

## VICTIM DISCLOSURE STATEMENT PURSUANT TO Fed. R. Cr. P. 12.4(a)(2)

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, Owens, Schine and Nicola, P.C., who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The victim is a non-governmental corporate entity.

2. List below any parent corporation or state that there is no such corporation: There is no such corporation.

3. List below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

There is no such corporation

The undersigned understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Signature: Dennis J. Kokenos

Date: 7/8/11