IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:10-CR-00244 |
| | : | |
| vs. | : | Magistrate Judge Carlson |
| | : | Chief Judge Yvette Kane |
| EMMANUEL EKHATOR,  Defendant | : | |

## WAIVER OF INDICTMENT

The above-named defendant, being advised of the nature of the charge and of rights, hereby waives in open Court prosecution by Indictment and consents that the proceeding may be by Information.

X _____
**Defendant**

_____
**Defense Counsel**

Dated: 1/18/2013