## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG

JAN 1 8 2013

MARY E. D'ANDREA, CLERK
Per _____ KJW
        Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:10-CR-0244 |
| | : | |
| | : | Magistrate Judge Carlson |
| vs. | : | Chief Judge Yvette Kane |
| | : | |
| | : | |
| EMMANUEL EKHATOR, | : | |
| Defendant | | |

### PLEA

AND NOW, this ___18th___ day of January, 2013 the above-captioned

defendant hereby pleads ___Guilty___ to the within

Felony Information.

_____
**Defendant**

_____
**Counsel for Defendant**