IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:10-CR-244 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| EMMANUEL EKHATOR | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER

**WHEREAS**, this 21st day of February 2013, there being no objections filed to the Magistrate Judge's Report and Recommendation issued January 18, 2013, **IT IS HEREBY ORDERED THAT** this Court accepts the Guilty Plea of the Defendant and sets June 10, 2013, at 1:30 p.m., as the sentencing date in the above case. Said sentencing shall be held in front of Chief Judge Kane in Courtroom No. 4, Federal Building, Harrisburg, Pennsylvania.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania